AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-MJ-24 |
| | ) | |
| Corbin Kauffman | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | William J. Nealon Federal Building<br>235 North Washington Ave.<br>Scranton, PA 18503 | Courtroom No.: | 6 |
|---|---|---|---|
| | | Date and Time: | 4/4/2019 1:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    4/1/2019

_____
*Judge's signature*

Karoline Mehalchick, US Magistrate Judge
*Printed name and title*