AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Corbin KAUFFMAN<br><br>_____<br>Defendant | ) ) ) ) ) )  Case No. 3:19mj24 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   CORBIN KAUFFMAN ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about March 7, 2019, in the Middle District of Pennsylvania, the defendant, Corbin KAUFFMAN, knowingly and wilfully did transmit in interstate and foreign commerce from Carbon County, Pennsylvania, vial the internet, a communication, to wit, an image posted on www.minds.com under username KingShekels, and the communication contained a threat to injure the person of another, specifically, a notebook page upon which is drawn a swastika and the words "MURDER YOUR LOCAL JUDEN," with imagery of dripping blood and the signature CK Shekel.

Date: 03/30/2019

_____
Issuing officer's signature

City and state: Scranton, PA

KAROLINE MEHALCHICK, U.S. MAGISTRATE JUDGE
Printed name and title

### Return

This warrant was received on (date) 3/30/2019 , and the person was arrested on (date) 3/30/2019
at (city and state) Lehighton, PA .

Date: 3/30/2019

_____
Arresting officer's signature

Special Agent Brian Austin, FBI
Printed name and title

FILED
SCRANTON
APR 03 2019
PER _____
DEPUTY CLERK